Tommy SF Wang (SBN: 272409)
Wang IP Law Group, P.C.
18645 E. Gale Ave. Ste #205
City of Industry, CA 91748
Telephone: (888) 827-8880
Facsimile: (888) 827-8880
Email: twang@thewangiplaw.com;

Attorneys for Plaintiff
Bragel International, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAGEL INTERNATIONAL, INC., A CALIFORNIA CORPORATION,<br><br>PLAINTIFF,<br><br>vs.<br><br>THE STICKIEBRA COMPANY, LLC., A CONNECTICUT'S LIMITED LIABILITY COMPANY; XING T. CHEN, AN INDIVIDUAL; AND DOES 1 – 10, INCLUSIVE<br><br>DEFENDANTS. | Case No.: 2:19-cv-03699-GW-E<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered Plaintiff Bragel International, Inc.'s Notice of Voluntary Dismissal, ORDERS as follows:

1. The Court hereby dismisses the case with prejudice.

**IT IS SO ORDERED**

DATED: January 2, 2020

_____
Hon. George H. Wu
United States District Court Judge